ERNEST DE BAVIER et al., Respondents, *v.* HUGO FUNKÉ, Appellant.

(Argued March 13, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 20, 1892, which affirmed a judgment in favor of plaintiffs entered upon a verdict.

*W. P. Knapp* for appellant.

*Samson Lachman* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

SEBASTIAN GILZENGER, Respondent, *v.* THE SAUGERTIES WATER COMPANY, Appellant.*

(Argued March 13, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 22, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*A. T. Clearwater* for appellant.

*Howard Chipp* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

* Reported below, 66 Hun, 173.